UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) MISTY STAHLHOEFER, a/k/a Misty Crowe<br><br>Defendant. | 3:24-CR-30054-ECS<br>4:21-CR-40135-ECS<br><br>REPORT AND RECOMMENDATIONS ON DEFENDANT'S CHANGE OF PLEA AND ADMISSIONS TO SUPERVISED RELEASE REVOCATION PETITION |

The above-captioned matter came on before the Court for hearing on Monday, April 14, 2025. Defendant, Misty Stahlhoefer, appeared in person and by her counsel, Cody Honeywell, while Plaintiff, United States of America ("Government") appeared through Meghan Dilges, an Assistant United States Attorney.

Defendant consented in open court to the Court taking her change of plea and her consent was knowingly and voluntarily made. The Government likewise consented to the Court taking Defendant's plea.

Defendant filed a petition to plead guilty wherein she intends to plead guilty to Count 1 as contained in the Indictment. Defendant is charged in Count 1 of the Indictment with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841 (b)(1)(A). At the hearing, Defendant was advised of the nature of the charge to which she would plead guilty and the maximum penalty applicable, specifically:  10 years up to life custody; 10,000,000 fine, or both;  5 years up to life

supervised release;  5 additional years imprisonment , impose a period of supervised release of up to life, or some combination of the two if supervised release is revoked on any such revocation; $100 assessment; and restitution.

Upon questioning Defendant personally in open court, it is the finding of the Court that Defendant is fully competent and capable of entering an informed plea, that she is aware of the nature of the charged offense and the consequences of the plea, and that her plea of guilty to the offense contained in Count 1 of the Indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  It is, therefore, the Court's recommendation that the guilty plea to Count 1  of the Indictment be accepted and that Defendant be adjudged guilty of that offense.

Defendant thereafter admitted that she had previously been placed on supervised release, that the allegations set forth in Paragraphs 3, 4, & 5 of the Amended Petition to Revoke Supervised Release, Docket No. 165, were true and that she had violated the terms and conditions of her supervised release.  After examining Defendant, the Court found that her admissions were knowingly and voluntarily made and that a factual basis existed for the same.  Based on the foregoing, the Court

RECOMMENDS that Defendant's admissions be accepted, that her supervised release be revoked and that a dispositional hearing be held pursuant to 18 U.S.C. §3583(e).

The parties having waived their right to object to this report and recommendation and there being no objection from Defendant or counsel, it is hereby

ORDERED that a combined presentence investigation report shall be forthwith prepared by the United States Probation Office.  It is further

ORDERED that Defendant shall remain detained pending a joint sentencing/dispositional hearing before the District Court or until further order of a judicial officer of this District.

DATED this 14th day of April, 2025.

                                          **BY THE COURT:**

                                          *[signature]*

                                          **MARK A. MORENO**
                                          **UNITED STATES MAGISTRATE JUDGE**