UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:24-CR-30054-ECS |
| Plaintiff, | |
| vs. | SENTENCING SCHEDULING ORDER |
| MISTY STAHLHOEFER, A/K/A MISTY CROWE, | |
| Defendant. | |

Defendant Misty Stahlhoefer, a/k/a Misty Crowe appeared before Magistrate Judge Mark Moreno for a change of plea hearing on April 14, 2025. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Indictment in 24-30054, and has admitted the allegations in Paragraphs 3, 4, & 5 of the Petition to Revoke Supervised Release, Doc. 165, in 21-40135. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 190 in 24-30054, Doc. 183 in 21-40135, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Indictment in 24-30054, and accepts the admissions to the allegations in Paragraphs 3, 4, & 5 of the Petition to Revoke Supervised Release, Doc. 155, in 21-40135. It is further

ORDERED that a combined modified presentence report be prepared, and the draft shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **June 2, 2025.** It is further

1

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **June 16, 2025**. If counsel has no objections to the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **June 30, 2025**. All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **June 30, 2025**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **July 7, 2025**. It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, July 14, 2025 at 3:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this 15th day of April, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE